IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HIEU TRUONG,** | 3:10-CV-00558-HU |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CHER YAO CHEN, M.D., of Oregon State Hospital,** | |
| Defendant. | |

Based on the Court's Order (#55) issued March 8, 2012, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT