**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| HIEU TRUONG, ) | |
| ) | |
| Plaintiff, ) | **No. 03:10-cv-00558-HU** |
| ) | |
| vs. ) | |
| ) | **SUPPLEMENTAL** |
| CHER YAO CHEN, M.D., of ) | **FINDINGS & RECOMMENDATION** |
| Oregon State Hospital, ) | **ON MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| Defendants. ) | |

Hieu Truong
Sid # 11999198
Snake River Correctional Institution
777 Stanton Boulevard
Ontario, OR 97914

    Plaintiff appearing *pro se*

John R. Kroger
Attorney General
Justin Emerson Kidd
Assistant Attorney General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301-4096

    Attorneys for Defendant

1 - FINDINGS & RECOMMENDATION

HUBEL, M.J.:

On January 6, 2012, the undersigned issued Findings and Recommendation on the defendant doctor's motion for summary judgment, recommending the motion be granted. In the order, I found the plaintiff Hieu Truong had failed to show the defendant was deliberately indifferent to his serious medical needs following an incident when a tree limb fell on Truong, causing him to suffer chronic headaches. I found that based on Truong's evidence in this case, no reasonable jury could render a verdict in his favor. *See* Dkt. #42.

On March 8, 2012, the Honorable Anna J. Brown, District Judge, adopted my Findings and Recommendation, overruling Truong's objections thereto, and judgment was entered for the defendant. Dkt. ##55 & 56.

Later the same day, the court received correspondence from Truong, enclosing copies of handwritten notes, an Inmate Communication form, and some medical records. Dkt. #59. Judge Brown asked the undersigned to review Truong's submission and *sua sponte* consider whether any change was warranted "in the Court's dispositive analysis that previously resulted in dismissal of this matter." Dkt. #58.

I have reviewed all of the materials submitted by Truong, and nothing he has submitted, including the new medical records, changes my previous finding that Truong has failed to show the defendant was deliberately indifferent to his serious medical need. The medical records do show that Truong suffers from vertigo and headaches, for which he is being treated with medication and exercises. Although it is possible, as Truong alleges, that these

2 - FINDINGS & RECOMMENDATION

conditions either began at the time the tree limb fell on his head, or exacerbated his already-existing headaches, that still does not show the defendant was negligent or acted with deliberate indifference in his treatment of Truong following the accident. The record still contains no evidence from which a jury reasonably could render a verdict in Truong's favor.

Accordingly, I recommend the previous ruling stand, and the judgment in the defendant's favor not be overturned or disturbed.

### *SCHEDULING ORDER*

These Findings and Recommendations will be referred to Judge Brown for consideration. Objections, if any, are due by **April 16, 2012**. If no objections are filed, then the Findings and Recommendations will go under advisement on that date. If objections are filed, then any response is due by **May 3, 2012**. By the earlier of the response due date or the date a response is filed, the Findings and Recommendations will go under advisement.

IT IS SO ORDERED.

Dated this __27th___ day of March 2012.

/s/ Dennis J. Hubel

_____
Dennis James Hubel
Unites States Magistrate Judge

3 - FINDINGS & RECOMMENDATION